# GOTTLIEB & ASSOCIATES
### ATTORNEYS

150 E. 18th St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2019
```

June 17, 2019

**VIA ECF**

**MEMO ENDORSED**

The Honorable Judge Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re: Braulio Thorne and On Behalf of All Other Persons Similarly Situated v. Causeway Marine Sales, LLC**
**Case No.: 1:19-cv-01289**

Dear Judge Swain,

    This firm represents Plaintiff Braulio Thorne and On Behalf of All Other Persons Similarly Situated ("Plaintiffs"), in the above-referenced action. Plaintiff submitted a Notice of Settlement (Dkt. 7) on May 16, 2019. In light of this, we write to respectfully request that Your Honor grant an extension of thirty days in order for the Settlement Agreement to be consummated. The Parties are in the process of consummating the agreement and are confident that they will consummate the agreement within the next thirty days.

    We appreciate this Court's and Your Honor's time and attention to this matter. Thank you for your anticipated cooperation in this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

*The restoration provisions of the Order of Dismissal (DE #8) are extended through July 17, 2019, DE #9 resolved.*

Respectfully submitted,
GOTTLIEB & ASSOCIATES

SO ORDERED:

_____ 6/17/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

*s/ Jeffrey M. Gottlieb*
Jeffrey M. Gottlieb

cc: All counsel of record (via ECF and email)